NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIK REED,                                    )
a/k/a ERIK DAVID REED,                        )
                                              )
              Appellant,                      )
                                              )
v.                                            )    Case No. 2D16-4268
                                              )
AUBREY MORESI,                                )
                                              )
              Appellee.                       )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Allison M. Perry of Florida Appeals, P.A.,
Tampa, for Appellant.

Kim A. Hamill and Michael J. Lundy of Older,
Lundy & Alvarez, Tampa, for Appellee.


PER CURIAM.


              Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.